# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00453-CV

**Luther Wayne Cobb, Sr., Appellant**

**v.**

**Joseph Stephen Campbell, Appellee**

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### NO. 261,263-D, THE HONORABLE PAUL L. LEPAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on April 28, 2021. On May 20, 2021, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by June 1, 2021, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Prosecution

Filed: August 4, 2021